MELINDA HAAG (CASBN 132612)
United States Attorney

MIRANDA KANE (CASBN 150630)
Chief, Criminal Division

DANIEL KALEBA (CASBN 223789)
Assistant United States Attorney

EILEEN JAO
Law Clerk

150 Almaden Boulevard
San Jose, California 95113
Telephone: (408) 535-2695
Facsimile: (408) 535-5066
Email: eileen.jao@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JESUS HERRERA-SORIA,<br><br>Defendant. | No. CR 11-00487 PSG<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING |

Currently, the parties are scheduled to appear before this Court on September 15, 2011 at 1:30 p.m. The parties agree and stipulate that the court appearance currently scheduled for September 15 should be continued to September 16, 2011 at 3:00 p.m.

This continuance is requested due to availability of counsel. The offense charged is a Class B Misdemeanor and is excluded from the Speedy Trial Act.

DATED: September 9, 2011

MELINDA HAAG
United States Attorney

/s/
DANIEL KALEBA
Assistant United States Attorney

/s/
LARA VINNARD
Attorney for Defendant

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing be moved from September 15, 2011 at 1:30 p.m. to September 16, 2011 at 3:00 p.m. The offense does not fall under the Speedy Trial Act, and a time exclusion is not needed.

IT IS SO ORDERED.

DATED: 9/12/2011

PAUL S. GREWAL
UNITED STATES MAGISTRATE JUDGE